Case 4:17-cv-01834   Document 16   Filed in TXSD on 10/06/17   Page 1 of 1
Case 4:17-cv-01834   Document 13-1   Filed in TXSD on 10/04/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 06, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UN4 Productions, Inc., | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. __4:17-cv-1834__ |
| DOES 1-13, | § § | |
| *Defendants.* | § § § § | |

### ORDER OF DISIMSSAL

The Court has considered Plaintiff's NOTICE OF DISMISSAL OF DEFENDANT DOE 5. The Court hereby dismisses Doe 5 with prejudice with respect to all claims and causes of action in this litigation asserted against Doe 5, with each party to bear its own costs.

It is so Ordered this __6__ day of __Oct__ 2017.

_David Hittner_
David Hittner
UNITED STATES DISTRICT JUDGE